**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| OSBORNE | § § § | CIVIL ACTION NO.  4:17-CV-00254-JRG |
| *Plaintiff,* | § § | |
| v. | § § | BANKRUPTCY APPEAL |
| KAKAS | § § | |
| *Defendant.* | § § § | |

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION OF SPECIAL MASTER</u>

Before the Court is the Special Master's Report and Recommendation that the Order Granting Plaintiff's Motion for Summary Judgment entered by the Bankruptcy Court be affirmed (Dkt. No. 15). Neither party objected to the Special Master's Report and Recommendation within the prescribed time period. The Court reviews *de novo* all objections to findings of fact and conclusions of law made or recommended by a special master. *See* Fed. R. Civ. P. 53(g) (noting that "[t]he court must decide *de novo* all objections to findings of fact made or recommended by a master" and that "[t]he court must decide *de novo* all objections to conclusions of law made or recommended by a master"). Given that no objections to the Report and Recommendation were filed during the prescribed objection period, and having reviewed the Special Master's findings and conclusions, the Court hereby **ADOPTS** the Special Master's Report and Recommendation and the conclusions therein.

**So Ordered this**

Mar 14, 2018

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE